UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL TURK, | ) | CASE NO. 1:20CV2157 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER | ) | AND ORDER |
| OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

On December 23, 2021, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 23) recommending that the Court AFFIRM IN PART AND REVERSE IN PART the Commissioner's decision, and REMAND this matter for further proceedings.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. No objections have been filed. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby AFFIRMED IN PART AND REVERSED IN PART, and this matter is hereby REMANDED for further proceedings.

IT IS SO ORDERED.

Dated: January 31, 2022             /s/ John R. Adams
                                    JOHN R. ADAMS
                                    UNITED STATES DISTRICT JUDGE